## IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN G. HOUSER,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 70943

**FILED**

SEP 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner challenges the computation of time he has served in prison and the district court's resolution of his claims in a postconviction petition for a writ of habeas corpus (credits). We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter because petitioner had an adequate remedy—an appeal from the district court's order. *See* NRS 34.160; NRS 34.170; NRS 34.724(2)(c); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 223, 88 P.3d 840, 841 (2004) ("[A]n appeal is generally an adequate legal remedy that precludes writ relief."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Kevin G. Houser
       Attorney General/Carson City
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-28831